UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14065-CANNON/MAYNARD

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

DION KHAN,

    Defendant.
_____/



FILED BY _____ D.C.
OCT 20 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about August 15, 2022, in Saint Lucie County, in the Southern District of Florida, the defendant,

**DION KHAN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance.

## COUNT 2
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about August 23, 2022, in Saint Lucie County, in the Southern District of Florida, the defendant,

**DION KHAN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance.

## COUNT 3
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about September 7, 2022, in Saint Lucie County, in the Southern District of Florida, the defendant,

**DION KHAN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant has an interest.

2.  Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant, **DION KHAN**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DION KHAN,

_____/
Defendant.

CASE NO.: 22-CR-14065-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V  ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of 9/19/2022
11. Rule 20 from the            District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
MICHAEL PORTER
Assistant United States Attorney
FLA Bar No.    0031149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14065-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

DION KHAN,

         Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
MICHAEL D. PORTER
Assistant United States Attorney
FL Bar No.     0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Michael.Porter2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DION KHAN

**Case No**: 22-CR-14065-CANNON/MAYNARD

Count #: 1

Distribution of 5 Grams or more of Methamphetamine (actual), 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $5,000,000 / $100 Special Assessment

Count #: 2

Distribution of 50 Grams or more of Methamphetamine (actual), 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $10,000,000 / $100 Special Assessment

Count #: 3

Distribution of 50 Grams or more of Methamphetamine (actual), 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life
* **Max. Fine:** $10,000,000 / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**