UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14065-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DION KHAN,

 Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

 1. I convened a hearing to permit the Defendant to change his plea in this criminal case on January 11, 2023.

 2. I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. DE 22. I reviewed the Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. The Defendant pleaded guilty to Count One of the Indictment, which charges him with distribution of 5 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii); Count Two of the Indictment, which charges him with distribution of 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii); and Count Three of the Indictment, which charges him with distribution of 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

5. I reviewed with the Defendant the mandatory minimum penalties and maximum penalties applicable to Counts One, Two, and Three. The Defendant acknowledged that he understood the mandatory minimum and maximum penalties that could be imposed in his case.

6. The parties agree in the Plea Agreement to jointly recommend that the Court find at sentencing that the quantity of methamphetamine (actual) involved in the offense, and attributable to the Defendant, for purpose of Section 2D1.1(a) and (c), is at least 150 grams but less than 500 grams. The parties also agree to jointly recommend that the Court run any sentence imposed in this case concurrent to any sentenced imposed in Defendant's state cases. I explained to the Defendant that, although the parties may agree to make these recommendations, they are not binding on the probation office or the District Court, and the Defendant may not withdraw his plea based upon the District Court's decision not to accept these or any other sentencing recommendations.

7. The United States Attorney's Office agrees that it will not seek to enhance the Defendant's sentence pursuant to 21 U.S.C. § 851.

8. The parties submitted a written Stipulation of Facts and Acknowledgment of Offense Elements in Support of Guilty Plea ("Stipulation") which was signed by counsel for the Government, counsel for the Defendant, and the Defendant. DE 23. The Stipulation was read into the record and has been filed in this case. The Defendant acknowledged that he signed the Stipulation, understands it, and has had the opportunity to fully discuss it with his attorney. The Defendant agreed that the Stipulation accurately sets forth the facts in his case as he understands them to be. I find that the Stipulation sets forth each of the essential elements of the crimes to which the Defendant is pleading guilty.

9. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant freely and voluntarily enters his plea of guilty to Counts One, Two, and Three. I accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Counts One, Two, and Three as charged in the Indictment.

10. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, I recommend to the District Court that the Defendant's plea of guilty to Counts One, Two, and Three of the Indictment be accepted; that the Defendant be adjudicated guilty of the offenses to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure

59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

    **DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 19th day of January, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE