UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14065-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DION KHAN**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 25]. On January 11, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 21] during which Defendant pled guilty to Counts One, Two, and Three of the Indictment [ECF No. 1] pursuant to a plea agreement and stipulation of facts [ECF Nos. 22, 23]. Magistrate Judge Maynard thereafter issued a Report [ECF No. 25] recommending that the Court accept Defendant's guilty plea to Counts One, Two, and Three of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts One, Two, and Three of the Indictment [ECF No. 1]. Defendant has filed notice of no objections to the Report [ECF No. 26].

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Dion Khan** as to Counts One, Two, and

CASE NO. 22-14065-CR-CANNON

Three of the Indictment is **ACCEPTED**.

3. Defendant **Dion Khan** is adjudicated guilty of Count One of the Indictment, which charges him with distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii); Count Two of the Indictment, which charges him with distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii); and Count Three of the Indictment, which charges him with distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 3rd day of February 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record